UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JENESTA CUTTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 19-443-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| ETHICON, INC., et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Memorandum Opinion and Order entered this date and on April 29, 2020 [Record No. 155], it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.  Judgment is granted in favor of Defendants Ethicon, Inc. and Johnson & Johnson on all claims asserted in this action.

2.  This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3.  This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: August 14, 2020.



Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky